# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

WILLIAM B. JOLLEY,

    Plaintiff,

v.

ASSISTANT UNITED STATES ATTORNEY, et al.,

    Defendants.

CV 2:25-066

## ORDER

On December 15, 2025, the Court ordered Plaintiff to show cause why he had not effected proper service on Defendants in this case. Dkt. No. 18. The Court warned Plaintiff that his "failure to comply with the Court's Order will result in dismissal of this action without prejudice." Id. Plaintiff has filed no response, and the time for doing so has passed. Accordingly, Plaintiff's claims against Defendants are **DISMISSED** without prejudice. Fed. R. Civ. P. 4(m); 12(b)(5). The Clerk is **DIRECTED** to close this case.

**SO ORDERED**, this 13 day of January, 2026.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA