AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

WILLIAM B. JOLLEY,

    Plaintiff.

v.

ASSISTANT UNITED STATES ATTORNEY, et al.,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 2:25-cv-066

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated January 13, 2026, Plaintiff's claims against Defendants are dismissed without prejudice for failure to comply with the Court's Order. This case stands closed.

Approved by: _____

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

January 13, 2026
Date

John E. Triplett, Clerk of Court
Clerk

_____
(By) Ann Duke, Deputy Clerk

GAS Rev 10/2020